IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR HERNANDEZ and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-08-3268 |
| AUTO FIT, INC. a/k/a AUTOFIT PHOENIX d/b/a AUTO FIT TEXAS, INC., and FAKHREDIN EMADI, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Class Notice Pursuant to 29 U.S.C. § 216(b) (Document No. 21). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

ORDERS that Plaintiff's Motion for Class Notice Pursuant to 29 U.S.C. § 216(b) (Document No. 21) is DENIED. The Court further

ORDERS that all future filings in this Court must be in 14 point font in accord with the Court's procedures.

SIGNED at Houston, Texas, on this __1__ day of September, 2009.

DAVID HITTNER
United States District Judge